*ARV*

NVB 4002 (Rev. 7/16)

RECEIVED
AND FILED

2020 JAN 27   AM 11 45

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1    NVB 4002 Rev (7/16)

2    Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

3

4    UNITED STATES BANKRUPTCY COURT

5    DISTRICT OF NEVADA

6    * * * * * *

7                                    )    BK- 19-18073
     In re:                          )
8        Dawn Young                  )    Chapter: 7
                                     )
9                                    )    Trustee:
                Debtor.             )
10   Charles Swain                   )    CHANGE OF ADDRESS OF:
                                     )    (x) DEBTOR
11                                    )    ( ) CREDITOR
                                     )    ( ) OTHER
12   _____ )

13   I request that notice be sent to the following address: (please print)

14   Charles Swain + Dawn Young
     Name
15   5890 Boulder falls  # 1080
     Address
16   _____

     Henderson   NV          89011
17   City        State        Zip Code

18

19   Please check the applicable boxes:

20   ☑  The change of address is applicable only in the above captioned case.

21   ☐  The change of address is also applicable in the following related cases: (*please list the case*

     *numbers*) _____.

22   ☐  Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by

23   email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN
     account
24

25   number below (DeBN account numbers can be located in the subject line of all emailed court

26   orders and notices.)

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

DATE: 1/27/2020

SIGNATURE

**NOTE**: Please submit an original and one copy for the record.

2